# Exhibit 3



# VILLA HOMEMAKER & COMPANIONS, LLC
*Always There with Love and Care*

**1088 EAST MAIN ST.
WATERBURY, CT 06705**
(T): (203) 519-7899 | (203)-684-8816
(F): (203) 841-1184
villashomemakers@gmail.com



## WE ARE NOW ACCEPTING PRIVATE CLIENTS AND CONTRACTED THIRD PARTY INSURANCE

- Live-In
- Companion
- Homemaker
- Chore Services
- Personal Care Assistant (PCA)
- Medicaid
- Medicare
- Blue Cross / Blue Shield

**_Specializing in Dementia, Acquired Brain Injury & Mental Illness_**
**_We create Individualized Service Plans for each client_**

## UPCOMING ENROLLMENT FOR ADULT DAY CARE SERVICES

- Arts & Crafts
- Speech Exercise
- Visual Exercise
- Physical Exercise
- Taking Walks

Se Habla Español

Not Medicare or Medicaid Certified

- Arts & Crafts
- Rent and Watch Movies
- Recreational Therapy (includes music, reading and much more....)

# www.jjfamhomehealthcare.com